IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---

GYPSIE JONES,

      Plaintiff,

      vs.                                        CIV-S-06-2027 FCD EFB

HOME DEPOT U.S.A., dba HOME DEPOT,
et al.,

      Defendants.

_____/

      Plaintiff filed a discovery motion on July 6, 2007, and set the matter for hearing on **August 22, 2007, at 10:00 a.m.** Notwithstanding the three days specified by E.D. Cal. L.R. 37-251, the joint statement *shall be filed in no later than five court days before the scheduled hearing.* The filing deadline, accordingly, will be August 15, 2007.

      The dispute may be organized by category, with specific discovery items attached, if appropriate, as an exhibit. For each disputed category or individual item, include: (1) the specific disputed discovery category or item; (2) the response; (3) the moving party's position; and (4) the opposition. E.D. Cal. L.R. 37-251(c)(3). Do not file separate briefing. *Id.*

      Privilege objections must comply with Fed. R. Civ. P. 26(b)(5). Except in extraordinary circumstances, the party claiming privilege may not submit a post-hearing privilege log. The failure properly to support a privilege objection with a privilege log may be deemed to waive it.

      The moving party is responsible for filing the joint statement. The opposing party nevertheless must timely draft and submit its portion. Failure of either party to use best efforts to ensure timely filing will be cause for sanctions.

Dated: July 9, 2007                                                         /s/ Edmund F. Brennan

                                                                   _____
                                                                   EDMUND F. BRENNAN
                                                                   U.S. Magistrate Judge