1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6

7  MARC KOENIGSBERG, SBN 204265
   GREENBERG TAURIG, LLP
8  1201 "K" Street, Suite 1100
   Sacramento, CA 95814
   Telephone: (916) 442-1111
9  Fax: (916) 448-1709

10 Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GYPSIE JONES, | Case No. 2:06-cv-2027-FCD-EFB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| HOME DEPOT U.S.A., INC. dba HOME DEPOT #6682; HD DEVELOPMENT OF MARYLAND, INC. dba HD PROPERTIES OF MARYLAND, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, GYPSIE JONES, and defendants, HOME DEPOT U.S.A, INC. dba HOME DEPOT #6682 and HD DEVELOPMENT OF MARYLAND, INC. dba HD PROPERTIES OF MARYLAND, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 29, 2007 | DISABLED ADVOCACY GROUP, APLC |

 */s/ Lynn Hubbard, III*  
LYNN HUBBARD, III  
Attorney for Plaintiff

Dated: November 27, 2007			GREENBERG TRAURIG. LLP

 */s/ Marc Koenigsberg*  
MARC KOENIGSBERG  
Attorney for Defendants

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:06-cv-2027-FCD-EFB, is hereby dismissed with prejudice.

DATED: November 30, 2007

_____  
FRANK C. DAMRELL, JR.  
UNITED STATES DISTRICT JUDGE